IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00098-WJM-CBS

DIVERSATEX, INC., d/b/a Rocky Mountain Concepts,

     Plaintiff,

v.

COURAGE, INC., f/k/a Courage USA, Inc., d/b/a Courage Trading Company,
ULTRA PRO CORPORATION, d/b/a Courage Brands, and
COURAGE BRANDS, INC.,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     THIS MATTER IS before the court on Defendants Ultra Pro Corporation's and Courage Brands, Inc.'s Joint Unopposed Motion to Extend Scheduling Order (*doc # 17*), filed March 24, 2011.  Although the parties are encouraged to continue their informal settlement discussions, IT IS HEREBY ORDERED that the instant motion is DENIED, and all deadlines previously set by this Court remain in effect.

**DATED:**     March 25, 2011