**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-00098-WJM-CBS

DIVERSATEX, INC. d/b/a Rocky Mountain Concepts,

    Plaintiff,

v.

COURAGE, INC. f/k/a Courage USA, Inc. d/b/a Courage Trading Company,
ULTRA PRO CORPORATION d/b/a Courage Brands, and
COURAGE BRANDS, INC.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

This matter is before the Court on the Parties' Unopposed Motion to Dismiss, filed June 6, 2011 (ECF No. 26). The Court being fully advised hereby ORDERS as follows:

The Parties' Unopposed Motion to Dismiss is GRANTED. All claims against Defendants Ultra Pro Corporation and Courage Brands, Inc., are DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs. It is FURTHER ORDERED that the terms and conditions of the Parties' Settlement Agreement and Release are incorporated by reference. The Court expressly retains jurisdiction to enforce the Parties' Settlement Agreement and Release.

Pursuant to this Order and the Notice of Voluntary Dismissal of Defendant Courage, Inc., (ECF No. 21), the above-captioned case is DISMISSED WITH PREJUDICE in its entirety.

Dated this 14th day of June, 2011.

BY THE COURT:

_____
William J. Martinez
United States District Judge